473 A.2d 690

Commonwealth v. Brawner, Appellant.

Submitted November 18, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Order of the lower court affirmed.